

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BRIAN ZAPERT
*Senior Counsel*
bzapert@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020

**MEMO ENDORSED**

March 2, 2020

**VIA ECF**
Honorable Barbara Moses
Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The initial conference scheduled for March 4, 2020 is adjourned *sine die*. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> March 2, 2020

Re: Grantley Brathwaite v. City of New York et al.
19-cv-9235 (PGG)

Your Honor:

On behalf of the defendants, Ricardo Mantilla, Sean Haggerty, UC391 and The City of New York, I am writing to respectfully request that the initial conference before Your Honor, currently scheduled to be held on March 4, 2020, be adjourned to a date convenient to the court after the § 1983 Plan has run its course. Plaintiff's counsel joins in this request.

This case has been selected for participation in the Southern District of New York's mediation program, a mediator has been assigned, and a date for the mediation is being arranged. Accordingly, defendants respectfully request that this conference be adjourned until after the mediation ordered under Local Rule 83.10 has taken place.

Respectfully submitted,

BRIAN ZAPERT
Assistant Corporation Counsel