# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard - Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/19/2020

May 4, 2020

**VIA ECF**
Honorable Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED to the extent that all pending deadlines, including 1983 Plan tracking deadlines, are hereby EXTENDED by 60 days. The 1983 Plan Review deadline is EXTENDED to **July 10, 2020**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 18. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> May 19, 2020

Re: *Grantley Brathwaite v. City of New York, et al.*
Docket No. 19-cv-9235 (PGG) (BCM)

Your Honor,

Please accept this letter from plaintiff in response to defendants' application for a sixty-day stay to the above-referenced proceedings, dated April 30, 2020, and pursuant to this Court's order, dated May 4, 2020.

Plaintiff hereby consents to defendants' request for the sixty-day stay, but in light of the Court's stated preferences, plaintiff would also consent to a sixty-day extension of all deadlines, in lieu of the sixty-day stay.

Thank you for your consideration of the above.

Respectfully submitted,

/s/ Samuel C. DePaola
Samuel C. DePaola, Esq.
sdepaola@simdepaola.com
*Attorney for plaintiff*

cc: Brian Zapert, Esq. (via ECF)
    *Attorney for defendants*