UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANTLEY BRATHWAITE,

    Plaintiff,

  -against-

CITY OF NEW YORK, et el.,

    Defendants.

19-CV-9235 (PGG) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2020
```

**BARBARA MOSES, United States Magistrate Judge.**

    On October 7, 2019, this case was selected for participation in the Southern District of New York's § 1983 Plan pursuant to Local Civil Rule 83.10. (Dkt. No. 2.) On March 2, 2020, the Court granted the parties' request that no initial conference be held in this matter until "after the § 1983 Plan has run its course." (Dkt. Nos. 16, 17.) On April 30, 2020, after answering, defendants requested a 60-day stay of the case, noting that document discovery was stalled due to the COVID-19 pandemic, which in turn delayed the scheduled § 1983 Plan mediation. (Dkt. No. 18.) Plaintiff consented. (Dkt. No. 20.) On May 19, 2020, the Court granted defendants' request to the extent that the Court extended all pretrial deadlines by 60 days and extended the 1983 Plan Review deadline to July 10, 2020. (Dkt. No. 21.)

    It appears to the Court, based on docket entries dated July 8, July 22, and September 21, 2020, that the parties have attended mediation conferences on those dates, thus fulfilling Rule 83.10's requirement that the parties attend a mediation session with the SDNY Mediation Office. It also appears that this case has been flagged as "STAYED." Accordingly, it is hereby ORDERED that:

    1.    This action is not stayed. The Clerk of Court is respectfully directed to remove the flag staying this case.

    2.    No later than **October 7, 2020**, the parties shall file a joint letter, updating the Court on the result of the mediation conferences that were held on July 8, July 22, and

September 21, 2020, and proposing either a pretrial schedule for resumed litigation in this Court or a deadline by which such proposed schedule shall be submitted.

Dated: New York, New York
September 29, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2