USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANTLEY BRATHWAITE,

           Plaintiff,

-against-

CITY OF NEW YORK, et el.,

           Defendants.

19-CV-9235 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed at today's teleconference, it is hereby ORDERED that:

    1.    No later than **January 25, 2022**, the new attorney assigned to this case by the Law Department shall enter her or his appearance on behalf of defendants, and the appearance of attorney Brian Zapert shall be withdrawn.

    2.    The Court will hold a follow-up telephonic status conference on **February 17, 2022, at 10:00 a.m.** The parties are directed to call (888) 557-8511 on their scheduled date, a few minutes before their scheduled time, and enter the access code 7746387. In advance of the conference, but no later than **February 14, 2022**, the parties shall submit a joint status letter updating the Court on the status of discovery, including the completeness of the DA file and the status of the immigration file, and proposing a further extended pretrial schedule. If a so-ordered subpoena is needed, the requesting party shall submit its request promptly to the Court, by letter-motion, without waiting for the next conference.

Dated: New York, New York
       January 18, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**