```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANTLEY BRATHWAITE,

            Plaintiff,

-against-

CITY OF NEW YORK, et el.,

           Defendants.

19-CV-9235 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed at today's teleconference, it is hereby ORDERED that:

1. All fact discovery, including depositions, shall be completed no later than **May 6, 2022**.

2. The parties have confirmed that they do not intend to present any expert evidence.

3. Dispositive motions (or, if required by the district judge, pre-motion conference letters with respect to summary judgment) shall be filed on or before **June 6, 2022**. If there are no dispositive motions, the parties' Joint Pretrial Order shall be filed on or before **June 6, 2022**. Dispositive motions and the Joint Pretrial Order must conform to the individual practices of the district judge.

4. Today's conference was scheduled for 11:00 a.m. However, none of plaintiff's four attorneys of record appeared at that time, or thereafter, until the Court's staff managed to reach attorney Ataur Raquib at approximately 11:15. Attorney Raquib (who first entered his appearance in this action last week) was insufficiently familiar with the record, inadequately prepared for the conference, and unable to explain why plaintiff's lead counsel was not in attendance. Should plaintiff again fail without excuse to attend a scheduled proceeding though his lead counsel, the Court will not hesitate to assess sanctions.

Dated: New York, New York
       April 8, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**